**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50110 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-01465-RGK |
| v. | |
| PATRICIA CASTANEDA MADEROS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Patricia Castaneda Maderos appeals from the 46-month sentence imposed

following her guilty-plea conviction for being an illegal alien found in the United

States following deportation, in violation of 8 U.S.C. § 1326(a).  We have

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291, and we affirm, but remand to correct the judgment.

Maderos contends that the district court miscalculated her Sentencing Guidelines range because it counted prior sentences towards her criminal history score pursuant to U.S.S.G. § 4A1.2, rather than as relevant conduct pursuant to U.S.S.G. § 1B1.3.  As Maderos acknowledges, this contention is foreclosed.  *See United States v. Cruz-Gramajo*, 570 F.3d 1162, 1167 (9th Cir. 2009).

Maderos also contends that the district court erred by applying two criminal history points pursuant to U.S.S.G. § 4A1.1(d) because she was not on probation when she illegally reentered the United States.  The district court did not err because Maderos was sentenced on a new state conviction before she was found in the United States for purposes of 8 U.S.C. § 1326(a).  *See id*. at 1174-75.

In accordance with *United States v. Rivera-Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b)(1).  *See United States v. Herrera-Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED** with instructions to correct the judgment.